IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| CATHERINE MASGAY )<br>)<br>    Plaintiff )<br>v. )<br>)<br>ER SOLUTIONS, INC. )<br>)<br>    Defendant ) | Civil Case No. 1:08-CV-02978-BEL |

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice. Each party will pay their own costs, expenses and attorney fees.

| THE KENNEDY LAW FIRM | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ Bernard T. Kennedy | /s/ Ronald S. Canter |
| Bernard T. Kennedy, Esquire<br>P.O. Box 657<br>Edgewater, MD  21037<br> Attorney for Plaintiff | Ronald S. Canter, Esquire<br>Bar No. 01024<br>11300 Rockville Pike, Suite 1200<br>Rockville, MD 20852<br>Telephone:  301-770-7490<br>Facsimile:  301-770-7493<br>E-Mail:  rcanter@roncanterllc.com<br>Attorney for Defendant |

1